# Sheet Metal Industry Grievance Form

Article (X) Section I Compliance
TO BE SUBMITTED WITH EACH FORMAL REQUEST FOR A LOCAL JOINT ADJUSTMENT BOARD HEARING

| 1. Date of Filing<br>9/29/2006 | 2. Name, Address, Local Union and Union Representative Involved<br><br>Sheet Metal Workers Local Union 38<br>P.O. Box 119, Starr Ridge Road<br>Brewster, New York 10509<br>Stephen M. Quaranto | 3. Name, Address and Representative of Employer Involved.<br><br>D.F.S. HVAC<br>PO Box 291<br>Bedford Hills, NY 10507<br>Paul Grobelny |
|---|---|---|
| 4. Date of Alleged Violation<br>9/20/2006 | | |

| 5. Project, Site or Shop Involved.<br>D.F.S. HVAC | 6. Address of Involved Project, Site or Shop.<br>PO Box 291<br>Bedford Hills, NY 10507 |
|---|---|

**7. Nature of Grievance.**
Non-Payment of Benefits for August 2006

**8. Article(s) and Section(s) of Agreement Alleged Violated.**
Article XII, Section 2 - Funds-(Para # 4 - Contributions and Para # 6-Billing Procedures)

**9. Date The Local Union Representative and Employer Representative Were Notified of Grievance.**
September 21, 2006

**10. Record of Attempts to Resolve Grievance Under Article (X) Section 1.**
( TYPE OF ATTEMPT : 1-Telephone, 2-Letter, 3-Telegraph, 4-Fax, 5-Other )

| Attempt # | Type of Attempt | Date of Attempt | Result of Contact. (use other side if necessary) |
|---|---|---|---|
| 1 | 4 | 9/20/06 | No Resolve |
| 2 | 1 | Numerous | No Resolve |
| 3 | | | |
| 4 | | | |
| 5 | | | |

**11. Comments**
Per Collective Bargaining Agreement, contributions are due by the twentieth (20th) of the month for the previous month.

ARTICLE X
* * * *

SECTION 1.    Grievances of the Employer or the Union, arising out of interpretation or enforcement of this agreement, shall be settled between the Employer directly involved and the duly authorized representative of the union, if possible. Both parties may participate in conferences through representatives of their choice.
    To be valid, grievances must be raised within thirty (30) calendar days following the occurrence giving rise to the grievance, or, if the occurrence was not ascertainable within thirty (30) calendar days of first knowledge of the facts giving rise to the grievance.