# SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION

P.O. Box 119, 38 Starr Ridge Road, Brewster, New York 10509

(845) 278-6868  **LOCAL UNION 38**  Fax (845) 279-1061

Stephen M. Quaranto, *President/Business Manager*



October 18, 2006

| | |
|---|---|
| Local Joint Adjustment Board<br>P.O. Box 119,<br>38 Starr Ridge Road<br>Brewster, New York 10509 | RE: **LU38 vs. D.F.S. HVAC**<br>P.O. Box 291<br>Bedford Hills, NY 10507<br><u>No Hours Submitted – 9/06</u> |

I am submitting to the Local Joint Adjustment Board a grievance between the Sheet Metal Workers' **Local Union 38 and D.F.S. HVAC, P.O. Box 291, Bedford Hills, NY 10507.** Having not settled this grievance under Article 10, Section 1, I would like to have a hearing under Article 10, Section 2 by the Local Joint Adjustment Board.

Pursuant to Article 10, Section 2 of the Standard Form of Union Agreement in effect between Sheet Metal Workers' International Association Local Union 38; Sheet Metal and Roofing Contractors' Association of Southeastern New York, (SMACNA), I request a grievance hearing to be held by the Local Joint Adjustment Board to settle a dispute now in effect between Sheet Metal Workers Local Union 38 and **D.F.S. HVAC**, which company is in signed agreement with **Local 38** and therefore bound by the provisions of the Standard Form of Union Agreement and Addendums thereto.

The disputes involved are:        Violation of:
    Article XII – Section 2(4)        **Billing Procedure**

I hereby request the Board to provide a date mutually acceptable and in accordance with Article 10, Section 2 of the Procedural Rules of the National Joint Adjustment Board of the Sheet Metal Industry.

I would appreciate any communications regarding this grievance hearing to be forwarded to the Local Union 38 Office.

Very truly yours,

*Stephen M Quaranto*

Stephen M. Quaranto
President/Business Manager

SMQ/cp
CC: D.F.S. HVAC
    Lawrence Sturgis

grvstep1.gc