UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
**25800 Northwestern Hwy.**
**1000 Maccabees Center**
**PO Box 222**
**Southfield, Michigan 48037-0222**
**Telephone:** 248.746.0700
**Facsimile:** 248.746.2760
**Attorneys of Record for Plaintiff**
David J. Selwocki (P4375499)
Michael J. Asher (P3064946)

_____/

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

    Plaintiffs,

vs.

DFS HEATING & AIR CONDITIONING CORPORATION,
INC., and PAUL GROBELNY, Individually,

    Defendants.

_____/

Case No.: 07-cv-
Judge

**JUDGMENT UPON ARBITRATION, OPINION AND AWARD**

At a session of Court held in the City of
_____, New York, on _____,
2007.

PRESENT: <u>HON.                    </u>
U. S. District Court Judge

This matter having been submitted to binding arbitration before the Local Joint Adjustment Board pursuant to the Collective Bargaining Agreement between Defendant, DFS HEATING & AIR CONDITIONING CORPORATION INC., and the Sheet Metal Local 38; and, whereas, following arbitration proceedings, the Local Joint Adjustment Board issued an Opinion and Award on November 6, 2006;

**IT IS HEREBY ORDERED** that Judgment upon the Opinion and Award is entered in the amount of $13,499.10 against Defendant, DFS HEATING & AIR CONDITIONING CORPORATION INC. and on behalf of the Plaintiffs plus costs and fees upon further submissions to the Court.

_____
U.S. District Court Judge

This Order Prepared By:

David J. Selwocki
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan 48075
248.746.0700

W0501207/S23-117811