UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x   Case No.: 07CV3249
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO.38, et al.,
                         Plaintiffs,         AFFIDAVIT OF SERVICE
       -v-

DFS HEATING & AIR CONDITIONS, INC. and
PAUL GROBELNY, Individually,    Defendants.
-----------------------------------------x
STATE OF NEW YORK           ]
                            ] ss.:
COUNTY OF WESTCHESTER       ]
_____

Undersigned deponent, being duly sworn, deposes and says: that said deponent is not a party to this action, is over the age of eighteen and resides in the State of New York. Deponent served the Summons, Complaint, Individual Practices of Judge Charles L. Brieant, Instructions for Filing and Electronic Case or Appeal, Procedures for Electronic Case Filings and Guidelines for Electronic Case Filing as follows:

UPON: Paul Grobelny

LOCATION OF SERVICE: 225 Railroad Avenue, Bedford Hills, New York

PARTY ACCEPTING PROCESS: Paul Grobelny

DATE OF SERVICE: May 14, 2007      TIME: 9:20 a.m.

An approximate description of the person served with process listed herein:

SEX:   male   SKIN COLOR: white   HAIR: reddish/blonde   HEIGHT: 5'10"
WEIGHT:    175 lbs.   AGE: 45   OTHER:

Deponent states further that the process was served in the following manner:

By personally delivering to and leaving with the named party, in hand, at the address given above.

                                        _____
                                        KENT HILBRINK

Sworn to before me this
14th day of May, 2007

_____
Notary Public

TAMI J. ESCOBAR
Notary Public, State of New York
No. 01ES6067372
Qualified in Rockland County
Commission Expires Dec. 10, 20 09