# SULLIVAN, WARD, ASHER & PATTON, P.C.

ATTORNEYS AND COUNSELORS AT LAW



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

DAVID J. SELWOCKI
dselwocki@swappc.com
(248) 746-2759

June 20, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

Honorable Charles L. Brieant
U.S. District Court Clerk
Southern District of New York
300 Quarropas St., Room 275
White Plains, NY 10601

    RE:    Sheet Metal Workers International Association Local 38, et al.
             vs. DFS Heating & Air Conditioning Inc., et al.
             US District Court Case No.: 07-cv-3249

Dear Judge Brieant:

    Please be advised that my correspondence faxed to you earlier this date was incomplete.

    Please be advised that no attorney has appeared on behalf of the Defendants, nor have the Defendants responded in the required time period. We are preparing a Default and Default Judgment and it is my understanding the Court Conference originally scheduled for Friday, June 22, 2007, at 9:00 a.m. is now adjourned to Friday, July 13, 2007 at 10:00 a.m.

    Thank you for your assistance.

                                        Very truly yours,

                                        SULLIVAN, WARD,
                                        ASHER & PATTON, P.C.

                                        David J. Selwocki

DJS/djw

c.    Paul Grobelny

W0536572/S23-117811/Version 2