UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
25800 Northwestern Hwy.
1000 Maccabees Center
PO Box 222
Southfield, Michigan 48037-0222
Telephone:   248.746.0700
Facsimile:   248.746.2760
**Attorneys of Record for Plaintiff**
David J. Selwocki  (DS1018)
Michael J. Asher  (P3064946)



_____/

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

    Plaintiffs,

Case No.: 07-cv-3249
Judge CHARLES J. BRIEANT

vs.

DFS HEATING & AIR CONDITIONING CORPORATION,
INC., and PAUL GROBELNY, Individually,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

DATE FILED: _____
```

_____/

### DEFAULT JUDGMENT

This action having been commenced on April 23, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants, DFS Heating & Air Conditioning Corporation Inc., and Paul Grobelny, on May 14,

2007, by personal service, and a proof of service having been e-filed with the Court (Doc. #2 and #3), and the Defendants not having filed any responsive pleadings, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have Judgment against Defendants in the liquidated amount of $28,662.09. This being a collection action for unpaid fringe benefit contributions the requested Judgment amount was computed as follows:

| | |
|---|---|
| Unpaid contributions and liquidated damages pursuant to 29 USC §1132(g)(2)(A) | $25,137.97 |
| Interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(B) | 1,334.41 |
| Interest on the unpaid contributions pursuant to 29 USC §1132(g)(2)(C)(i) | 1,334.41 |
| Reasonable attorney fees and costs of the action pursuant to 29 USC §1132(g)(2)(D) | 855.30 |

Computed as follows:
Attorney Fees: 2.5 hours @ $160.00/hr   $400.00
Filing Fee of Summons & Complaint        350.00
Service Fee                                              105.30

TOTAL JUDGMENT REQUESTED:            $28,662.09

Dated: ~~New York~~ White Plains, New York
~~July 12, 2007~~

_____
CHARLES L. BRIEANT
U.S. District ~~Court~~ Judge

This document was entered on the docket
on _____.

W0530905/S23-117811